CITY OF RANDLEMAN v. HENRY STEVENSON AND WIFE, MAHALA D. STEVENSON

No. 6919SC121

(Filed 26 February 1969)

**Appeal and Error § 39— time of docketing record on appeal**

> Where appellant fails to docket record on appeal within the time provided by the rules of the Court of Appeals, the appeal will be dismissed. Rule of Practice in the Court of Appeals No. 5.

APPEAL from *Crissman, J.,* 23 September 1968 Civil Session of Superior Court of RANDOLPH.

The City of Randleman instituted this action on 21 December 1965 for the condemnation of an easement for a sewer line running through property of defendants and for assessment of damages therefor. The issue of damages was heard by Judge Crissman and a jury at the 23 September 1968 Session of the Superior Court of Randolph County. The jury returned a verdict for respondents in the amount of $2,000. Petitioner gave notice of appeal.

*L. T. Hammond, Sr., for petitioner appellant.*

*Ottway Burton for respondent appellees.*

MORRIS, J.

The record shows the judgment in this case to have been signed on 3 October 1968, although it bears a filing date of 2 October 1968. Record on appeal was not docketed in this Court until 6 January 1969. This, of course, was not within the ninety-day period required by Rule 5, Rules of Practice in the Court of Appeals of North Carolina. For failure to docket within the time prescribed by our rules, the appeal is

Dismissed.

CAMPBELL and BROCK, JJ., concur.